**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00499-CV

**CHERYL LYNN SMITH, Appellant**

**V.**

**FIFTH THIRD MORTGAGE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00845-D**

## ORDER

The Court has before it appellee's April 22, 2013 motion for substitution of counsel. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to substitute Lorin M. Subar as counsel for appellee in place of Israel Saucedo.

/s/    ELIZABETH LANG-MIERS
        JUSTICE